**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

*Amended Complaint*

_Sylvia Ann Mines_

(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)

-against-

_City of New York,_
_Joseph Ferrari - Police Officer_
_Thomas Larson - Police Officer_

(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names. Do not include
addresses here.)

**Complaint for Violation of Civil Rights**
(Non-Prisoner Complaint)

Case No. _1:18-CV-05747-KAM-SJB_
(to be filled in by the Clerk's Office)

Jury Trial:   ☒ Yes   ☐ No
(check one)



RECEIVED
APR 11 2019
PRO SE OFFICE

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting
from public access to electronic court files. Under this rule, papers filed with the court should
*not* contain: an individual's full social security number or full birth date; the full name of a
person known to be a minor; or a complete financial account number. A filing may include
*only*: the last four digits of a social security number; the year of an individual's birth; a
minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other
materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an
application to proceed in *forma pauperis*.

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name: *Sylvia Ann Mines*
Street Address: *P.O. Box 405*
City and County: *New York # 10026*
State and Zip Code: *NY 10026*
Telephone Number: *347 612-1697*
E-mail Address: *Sylviamines71@yahoo.com*

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name: *Joseph Ferrari -*
Job or Title (if known): *Police Officer - 113 Precint*
Street Address: *167-02 Baisley Blvd*
City and County: *Jamaica Queens*
State and Zip Code: *NY*
Telephone Number: _____
E-mail Address (if known): _____

Defendant No. 2

Name — *Thomas Larson*

Job or Title (if known) — *NYPD Officer - 113 Precint*

Street Address — *167-02 Baisley Blvd*

City and County — *Jamaica*

State and Zip Code — *NY*

Telephone Number — 

E-mail Address (if known) — 

Defendant No. 3

Name — *City of New York*

Job or Title (if known) — *Police - 113 Precint*

Street Address — *167-02 Baisley Blvd*

City and County — *Jamaica, Queens*

State and Zip Code — *NY*

Telephone Number — 

E-mail Address (if known) — 

Defendant No. 4

Name — 

Job or Title (if known) — 

Street Address — 

City and County — 

State and Zip Code — 

Telephone Number — 

E-mail Address (if known) —

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

☑ State or local officials (a § 1983 claim)

☐ Federal officials (a *Bivens* claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

4th Amendment (excessive force)

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

X

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Joseph Ferrari & Thomas Larson - NYPD Officers violated my rights while acting as police officers on duty.

**III.**   **Statement of Claim**

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.   Where did the events giving rise to your claim(s) occur?

109 - 12 Farmers Blvd, Saint Albans NY 11412.

B.   What date and approximate time did the events giving rise to your claim(s) occur?

10/10/2015 but injuries got worse and I went back to Hospital, 10/18/2015 at time I was hospitalized.

C.   What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what?  Was anyone else involved?  Who else saw what happened?)*

Police broken bone in my neck and arm, Police used excessive force.

## IV.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

broken bones (arm, neck), permanent injury
to neck (plate in neck connected to spine,)
mobility impaired, psychological trauma,
medical care, surgery, hospitalization,
doctor appointments.

## V.   Relief

State briefly what you want the court to do for you.   Make no legal arguments. Do not cite any cases or statutes.  If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

compensatory, and pain suffering, psychological
trauma, and punitive damages, permanent
plate in neck, whatever other relief this
court deems proper.

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.**   **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _11/11_, 20 _19_

Signature of Plaintiff   _Sylvia Ann Mines_

Printed Name of Plaintiff   _Sylvia Ann Mines_

CC: Nicolette Pellegrino
New York City Law Department
Special Federal Litigation
100 Church Street
New York, NY 10007